

**FILED**
NOV 25 2025
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

United States District Court
Eastern District of California

GNCO, Inc., et al.

Plaintiff(s)

V.

Kerry Filgas, Jr., et al.

Defendant(s)

Case Number: 1:25-cv-01595-EPG

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Lauren K. Garretson _____ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Plaintiffs GNCO, Inc., Forklifts Group West, Inc., and DHC Lift, Inc.

On ___12/14/2020___ (date), I was admitted to practice and presently in good standing in the ___Supreme Court of Ohio___ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

Date: ___11/24/2025___    Signature of Applicant: /s/ ___Lauren K Garretson___

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Lauren K. Garretson |
| Law Firm Name: | Calfee, Halter & Griswold LLP |
| Address: | 1405 East Sixth Street |
| City: | Cleveland   State: OH   Zip: 44114 |
| Phone Number w/Area Code: | (216) 622-8200 |
| City and State of Residence: | |
| Primary E-mail Address: | lgarretson@calfee.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Paul D. Murphy |
| Law Firm Name: | Murphy Rosen LLP |
| Address: | 100 Wilshire Boulevard |
| | Suite 1300 |
| City: | Santa Monica   State: CA   Zip: 90401 |
| Phone Number w/Area Code: | (310) 899-3300   Bar # 159556 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 11/25/25

*[signature]*
JUDGE, U.S. DISTRICT COURT

 THE SUPREME COURT *of* OHIO

## CERTIFICATE OF GOOD STANDING

I, MICHEL JENDRETZKY, Director of the Office of Attorney Services of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Registration and Continuing Legal Education Section of the Supreme Court and that the Office of Attorney Services is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

**Lauren Kendel Garretson**
Attorney Registration No. **0100315**

was admitted to the practice of law in Ohio on December 14, 2020; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.



IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 24th day of November, 2025.

MICHEL JENDRETZKY
*Director, Office of Attorney Services*

Shannon Scheid
*Administrative Assistant, Office of Attorney Services*

No. 2025-11-24-1
Verify by email at GoodStandingRequests@sc.ohio.gov