UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GNCO, INC., et al., | Case No. 1:25-cv-01595-JLT-EPG |
| Plaintiffs, | ORDER RE: STIPULATION FOR DISMISSAL OF ONLY DEFENDANT STEVEN EATON WITH PREJUDICE |
| v. | |
| KERRY FILGAS, JR., et al., | (ECF No. 24). |
| Defendants. | |

On April 29, 2026, the parties filed a joint stipulation stating as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs GNCO, Inc., Forklifts Group West, Inc., and DHC Lift, Inc. and Defendant Kerry Filgas, Jr. stipulate to dismiss Defendant Steven Eaton with prejudice. This stipulation does not dismiss or otherwise affect Plaintiffs' claims against Defendant Kerry Filgas, Jr. which remain pending.

(ECF No. 24, p. 2).

In light of the parties' stipulation, the case against only Defendant Steven Eaton has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice.

Accordingly, the Clerk of Court is directed to terminate Steven Eaton as a defendant on the docket.

IT IS SO ORDERED.

Dated:    **April 30, 2026**                    /s/ _Erica P. Grosjean_
                                                UNITED STATES MAGISTRATE JUDGE

1