UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GNCO, INC., *et al.*,

Plaintiffs,

v.

KERRY FILGAS, JR.

Defendant.

Case No. 1:25-cv-01595-JLT-EPG

ORDER RE: JOINT STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE

(ECF No. 33)

On August 28, 2026, the parties filed a joint stipulation dismissing this action with prejudice. (ECF No. 33). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice.

Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **August 31, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE